# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Consolidated Return of the Tax Claim Bureau of Indiana County from the September 16, 2019 Upset Sale for Delinquent Taxes | : : : : : | |
| Theresa Burba and Joseph Burba | : : | |
| v. | : : | No. 644 C.D. 2020 |
| Indiana County Tax Claim Bureau and Nicholas Krowchena | : : : | |
| Appeal of: Theresa Burba and Joseph Burba | : : : | |

## PER CURIAM                    O R D E R

NOW, April 16, 2021, having considered Appellants' application for reargument, the application is denied.